IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD ELLIOTT KOGER | : | |
| | : | Civil Action No. 10-1466 |
| Plaintiff, | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| ALLEGHENY INTERMEDIATE UNIT, DUQUESNE CITY EDUCATION ASSOCIATION, DUQUESNE CITY SCHOOL DISTRICT AND PENNSYLVANIA STATE EDUCATION ASSOCIATION, | : | Judge Gary L. Lancaster |
| Defendants. | : | |

## ORDER

AND NOW, this __29th__ day of November 2010, upon consideration of the Defendants' Motions to Stay Discovery Pending R. 26 (f) Conference said Motions are GRANTED and discovery is held in abeyance pending the outcome of the conference.

_____ C.J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge