# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Todd Elliott Koger

    Plaintiff,

                                                JURY TRIAL DEMANDED

vs.                                     Civil Action No. 10-1466

Allegheny Intermediate Unit,

Duquesne City Education Association,

Duquesne City School District, and

Pennsylvania State Education Association,

Barbara McDonnell, Mary Beth Colvill,

Daniel Carey, and Stanley Whiteman,

    Defendants.

AND NOW, THIS 5 DAY OF JULY, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## (COMPEL PRODUCTION OF DOCUMENTS) MOTION FOR RECONSIDERATION

AND NOW, PLAINTIFF, TODD ELLIOTT KOGER, *PRO SE*, FILES THE FORGOING MOTION FOR RECONSIDERATION AND/OR TO COMPEL PRODUCTION OF DOCUMENTS.

ON JUNE 17, 2011, BY MEMORANDUM AND ORDER OF COURT, THIS COURT DECIDED NOT TO ENFORCE THE PLAINTIFF'S MOTION FOR ENFORCEMENT OF SUBPOENAS STATING "THE NOVEMBER 12, 2010, SUBPOENAS WASN'T ATTACHED TO THE MOTION TO INDICATE TO WHOM THE SUBPOENAS WAS DIRECTED, NOR ON WHOM THEY WERE SERVED." INTERESTINGLY, THE NOVEMBER 12, 2010, SUBPOENAS WAS ALREADY A PART OF THE RECORD.

THAT IS, THIS COURT HAD ORIGINALLY ISSUED A STAY IN 2010 TO PROTECT THE DEFENDANTS FROM ITS RESPONSIBILITY UNDER LAW AS IT APPLIED TO PLAINTIFF'S SUBPOENAS ATTACHED TO THEIR MOTION.

NONETHELESS, PLAINTIFF HAS DEVELOPED A RECORD FROM THE DEFENDANTS' OWN