IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ELLIOTT KOGER,<br>    Plaintiff,<br><br>    v.<br><br>ALLEGHENY INTERMEDIATE UNIT,<br>ET AL.,<br>    Defendants. | Civil Action No. 10-1466 |

## ORDER

AND NOW, this 23rd day of February, 2012, IT IS HEREBY ORDERED that this Court's order of February 3, 2012, which enlarged and stayed all filing deadlines previously set on July 28, 2011 pending resolution of the Motions for Summary Judgment, is supplemented to include that the Pretrial Conference and Jury Trial date of February 27, 2012 is also **continued until further order of court**.

IT IS FURTHER ORDERED that, in light of the above continuance, defendants' Motion to Quash Subpoena [document #106] is GRANTED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record